UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE BURGESS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> vs.<br><br>PAPARAZZI, LLC, a Utah limited liability company,<br><br>   Defendant. | Case No.  2:22-cv-00957-JDP<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>*Assigned to Hon. Jeremy D. Peterson Courtroom 9*<br><br>Complaint Filed: June 2, 2022<br>Trial Date: None Set |

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AT LAW
TORRANCE

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:**

Plaintiff's and Defendant's Joint Stipulation to Extend Time to Respond to Initial Complaint in the above-referenced case is granted. Defendant's deadline to answer, object, or otherwise respond to the Plaintiff's Complaint shall be the earlier of October 16, 2022, or 14 days after this Court issues an order on Defendant's Motion to Transfer Venue.

IT IS SO ORDERED.

Dated:   August 1, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

By: /s/ Jahmy S. Graham
Jahmy S. Graham