**ANDERSON & KARRENBERG, PC**
Jared D. Scott (#15066)
Jacob W. Nelson (#16527)
50 West Broadway, Suite 600
Salt Lake City, UT 84101-2035
Tel: (801) 534-1700
jscott@aklawfirm.com
jnelson@aklawfirm.com

*Attorneys for Plaintiff Irene Burgess*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| IRENE BURGESS, individually and on behalf of all others similarly situated, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| Plaintiff(s), | |
| vs. | Case No. 2:22-cv-00538-DN-PK |
| PAPARAZZI, LLC, | Judge David Nuffer |
| Defendant. | Magistrate Judge Paul Kohler |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Irene Burgess voluntarily dismisses her claims against Defendant without prejudice. Neither an answer to the complaint nor a motion for summary judgment has been served.

DATED this 27th day of March, 2023

**ANDERSON & KARRENBERG, PC**

/s/ *Jared D. Scott*

Jared D. Scott
Jacob W. Nelson
*Attorneys for Plaintiff Irene Burgess*